USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
    WALTER BRICE,

                              Plaintiff,

               -against-

    COSTCO WHOLESALE CORPORATION, *et al.*,

                            Defendants.

------------------------------------------------------------ X

1:23-cv-7857-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    This action was removed from the Supreme Court of the State of New York, County of New York, on September 5, 2023. Counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

    SO ORDERED.

Dated: September 6, 2023
       New York, New York

                                                                _____
                                                                    GREGORY H. WOODS
                                                            United States District Judge