```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                                 :

WALLACE BRICE,                               :
                                                 :

                       Plaintiff,    :                    1:23-cv-7857-GHW
                                          :

                   -v –             :                    <u>ORDER</u>
                                          :

COSTCO WHOLESALE CORPORATION, *et al.,*  :
                                          :

                    Defendants.   :
                                          :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As discussed at the September 21, 2023 conference, the deadline for Plaintiff to file and serve its motion for remand is October 4, 2023.  Defendant's opposition is due within fourteen days after service of Plaintiff's motion; Plaintiff's reply, if any, is due within seven days after service of Defendant's opposition.  Additionally, for the reasons discussed at the March 23, 2023 conference, this action is stayed pending the briefing and resolution of Plaintiff's anticipated motion, and Defendant's September 7, 2023 request for leave to file a motion for summary judgement is denied without prejudice.  Finally, the initial pre-trial conference scheduled for September 26, 2023 is adjourned *sine die*.

      SO ORDERED.

Dated:  September 21, 2023
       New York, New York

                                   _____
                                      GREGORY H. WOODS
                                    United States District Judge